Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
Tel: 949.200.8755 / Fax: 866.843.8308

Attorneys for Plaintiff: JAMES RUTHERFORD

John A. Bunnett (SBN 107690)
**LAW OFFICE OF JOHN A. BUNNETT**
8136 2nd Street
Downey CA 90241
562-927-1400

Attorney for Defendant 1721 KATELLA LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>1721 KATELLA, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-01620-MCS-ADS<br><br>Hon.  Mark C. Scarsi<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: August 28, 2020<br>Trial Date: None |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JAMES RUTHERFORD ("Plaintiff") and 1721 KATELLA LLC ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: December 4, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
   Joseph R. Manning, Jr.
   Attorney for Plaintiff
   James Rutherford

DATED: December 4, 2020

**LAW OFFICE OF JOHN A. BUNNETT**

By: /s/ *John A. Bunnett*
   John A. Bunnett
   Attorneys for Defendant
   1721 Katella LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 4, 2020        By: /s/ *Joseph R. Manning, Jr.*

1
JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE