JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>1721 KATELLA, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:20-cv-01620-MCS-ADS<br><br>[PROPOSED] ORDER DISMISSAL WITH PREJUDICE |
|---|---|

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and 1721 Katella, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: December 4, 2020

_____
UNITED STATES DISTRICT JUDGE